■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WALKER, Appellant.— Same decision as in case of *People* v. *Burney* (20 A D 2d 617). (Appeal from judgment of Onondaga County Court convicting defendant Walker of violation of subdivision 5 of section 690 of the Penal Law [sodomy-felony].) Present — Williams, P. J., Goldman, McClusky, Henry and Noonan, JJ.

■ EDWIN F. JAECKLE, Respondent, v. MARJORIE M. CAMPBELL et al., as Executors of JOHN G. CAMPBELL, Deceased, Appellants.— Judgment and order unanimously reversed, without costs and motion denied, without costs. Memorandum: This record presents substantial issues of fact that prevent the granting of summary judgment. A trial is required. (Appeal from judgment and order of Erie Special Term in favor of plaintiff on a motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice.) Present — Williams, P. J., Bastow, McClusky, Henry and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE ATRIA et al., Respondents, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order unanimously reversed, without costs of this appeal to either party, writ dismissed, and relator remanded to the custody of the Warden of Auburn Prison. Memorandum: The issues herein are controlled by our decision in *People ex rel. Bell* v. *Murphy* (18 A D 2d 17). Accordingly, the proceeding must be dismissed. (Appeal by People from order of Cayuga County Court sustaining a writ of habeas corpus and discharging relator.) Present — Williams, P. J., Bastow, Goldman, McClusky and Noonan, JJ.